# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| Vs. | ) Case No. 05-03050-01-CR-S-DW |
| | ) |
| **Jack E. McElroy,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, it is hereby

**ORDERED** that the following be added to the conditions of supervised release for Jack E. McElroy:

1) The defendant shall submit his/her person, residence, office or vehicle to a search, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2) Defendant shall refrain from any self-employment.

3) Defendant shall refrain from making any International telephone calls.

4) Defendant shall refrain from accessing/using the Internet.

5) Defendant shall pay $21,600 toward the restitution obligation by September 1, 2006

_____s/ Dean Whipple_____
DEAN WHIPPLE
CHIEF UNITED STATES DISTRICT JUDGE

Dated at Springfield, Missouri,\_\_\_\_18th\_\_\_ day of \_\_August_____, 2006.